### JOHNSON v. STATE. (No. 6436.)

(Court of Criminal Appeals of Texas. Nov. 2, 1921.)

Criminal law ☞1094—Judgment affirmed in absence of statement of facts or bill of exceptions.

No statement of facts or bills of exception accompanying the record, and no fundamental error appearing, judgment of conviction will be affirmed.

Appeal from Criminal District Court, Tarrant County; George E. Hosey, Judge.

Lee Johnson was convicted of robbery, and appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for robbery. Punishment fixed at 15 years in penitentiary.

No statement of facts or bills of exceptions accompany the record. There appearing no fundamental error, the judgment will be affirmed.

---

☞For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes